IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:09cv27

| | |
|---|---|
| RICKEY McDONALD,          )<br>                                        )<br>            Plaintiff,          )<br>                                        )<br>            vs.                      )<br>                                        )<br>MICHAEL J. ASTRUE,       )<br>Commissioner of Social Security, )<br>                                        )<br>            Defendant.           )<br>_____) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the parties' Consent Motion for Reversal and Remand pursuant to Sentence Four of 42 U.S.C. §405(g) [Doc. 11].

Sentence four of 42 U.S.C. §405(g) provides in pertinent part, "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The parties have moved for reversal of the decision of the Defendant and remand for further administrative proceedings.

Specifically, the parties ask that the Commissioner be instructed to assign this matter to an Administrative Law Judge (ALJ) in order to (1) further evaluate all medical source opinions, including that of Dr. Howard Brown; (2) further evaluate the Plaintiff's residual functional capacity; and (3) obtain supplemental vocational expert evidence should the same be necessary. In order to accomplish this, the ALJ shall conduct a new hearing and issue a new decision.

Based on the representations of the parties, the Court finds that reversal and remand are appropriate. <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion for Reversal and Remand pursuant to Sentence Four of 42 U.S.C. §405(g) [Doc. 11] is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **REVERSED** and the case is **REMANDED**; and

**IT IS FURTHER ORDERED** that upon remand, the Commissioner be instructed to assign this matter to an Administrative Law Judge (ALJ) who shall (1) further evaluate all medical source opinions, including that of Dr. Howard Brown; (2) further evaluate the Plaintiff's residual functional

capacity; and (3) obtain supplemental vocational expert evidence should the same be necessary. In order to accomplish this, the ALJ shall conduct a new hearing and issue a new decision.

A Judgment of Remand is entered simultaneously herewith. The Clerk of Court is notified that this is a final judgment closing the case.

Martin Reidinger
United States District Judge

Signed: December 2, 2009