United States District Court
For The Western District of North Carolina
Bryson City Division

RICKEY MCDONALD,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          2:09cv027

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant(s).

DECISION BY COURT. This action having come before the Court Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act and the Social Security Act. [Doc. 14] and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/22/2010 Memorandum of Decision and Order.

                                      Signed: November 22, 2010

Frank G. Johns, Clerk
United States District Court